IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Andres L. Glenn,<br><br>                Plaintiff,<br>vs.<br><br>Berkeley Government, Jasey Peressey, and Bernsly Realty,<br><br>                Defendants. | Civil Action No. 2:22-cv-1617-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's Complaint filed May 23, 2022. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), D.S.C., the matter was referred to United States Magistrate Judge Shiva V. Hodges for pre-trial proceedings. On May 25, 2022, the Magistrate Judge entered a Proper Form Order and Order and Notice, outlining deficiencies in Plaintiff's Complaint and allowing him to attempt to correct such deficiencies by Amended Complaint no later than June 15, 2022. ECF Nos. 6, 7. Plaintiff filed an Amended Complaint and proposed Summonses. ECF Nos. 9, 10.

On July 20, 2022, the Magistrate Judge issued a Report and Recommendation ("Report") recommending this matter be dismissed with prejudice for failure to meet pleading requirements necessary to set forth a claim cognizable in federal court. ECF No. 17. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff failed to file objections, and the time to do so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the

court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After a review of the record, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error, and agrees this matter should be dismissed. Accordingly, the court adopts the Report by reference in this Order. This matter is dismissed with prejudice, as Plaintiff has had an opportunity to amend his complaint and has failed to properly bring a claim cognizable in federal court.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
August 10, 2022