AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Andres Leroy Glenn *also known as Andres L. Glenn also known as drew*,<br>*Plaintiff*<br>v.<br>Berkeley Government; Jasey Peressey; Bernsly Realoty,<br>*Defendants.* | Civil Action No.    2:22-cv-01617-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Andres Leroy Glenn *also known as Andres L. Glenn also known as drew*, shall take nothing of the defendants ,Berkeley Government; Jasey Peressey and Bernsly Realoty and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   August 10, 2022                                                ROBIN L. BLUME, CLERK OF COURT

                                                                                        s/L. Baker

                                                                        *Signature of Clerk or Deputy Clerk*